**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **RAISING CANE'S RESTAURANTS, L.L.C.,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| **vs.** § | | **Civil Action No. 4:22-cv-00414** |
| § | | |
| **CROSSINGS AT HOBART-I, LLC, and** § | | |
| **SCHOTTENSTEIN PROPERTY GROUP,** § | | |
| **INC.** § | | |
| § | | |
| § | | |
| **Defendants.** § | | |

**CERTIFICATE OF INTERESTED PARTIES**

PLEASE TAKE NOTICE THAT in compliance with Local Rule 7.1-1 and Rule 7.1 of the

Federal Rules of Civil Procedure, counsel of record for Defendants Crossings at Hobart-I, LLC

and Schottenstein Property Group, Inc., certify that the following have an interest in the outcome

of this case:

1.  Plaintiff, Raising Cane's Restaurants, L.L.C.

2.  Counsel for Plaintiff, Rafe A. Schaefer and Kate Ergenbright, Norton Rose
    Fulbright US LLP, 1301 McKinney, Suite 5100, Houston, TX 77010.

3.  Defendant Crossing at Hobart I LLC.

4.  Hobart IN SROP LLC, sole member of Defendant Crossing at Hobart I, LLC.

5.  Schottenstein Realty, LLC, sole member of Hobart IN SROP, LLC.

6.  Members of Schottenstein Realty, LLC:

    a.  Geraldine Schottenstein Special 2004 Trust.  Gloria S. Haffer is the
        Trustee of the Geraldine Schottenstein Special 2004 Trust.

    b.  Glosser Brothers Acquisition Inc.

    c.  Jay L. Schottenstein 1983-2011 Discretionary Trust.

d.      Jay L. Schottenstein 1983-2011 Subchapter S Trust.

e.      Jay L. Schottenstein Descendants Trust - 2009-2011.

f.      Jay Schottenstein 2009-2011 Subchapter S Trust No. 1.

g.      Jay Schottenstein 2009-2011 Subchapter S Trust No. 2.

h.      Jay Schottenstein 2009-2011 Subchapter S Trust No. 3.

i.      Jonathan Schottenstein.

j.      Joseph Schottenstein.

k.      Jubilee Limited Partnership.  .

l.      Lori Schottenstein 1984 Discretionary Trust.

m.      Lori Schottenstein 1984 Subchapter S Trust.

n.      Saul Schottenstein 2002-2011 Trust No. 1.

o.      Saul Schottenstein Subchapter S Trust No. 4.

p.      Schottenstein Property Group, Inc.

q.      The Jerome Schottenstein 1990-2011 Grandchildren's Trust #1A.

r.      The Jerome Schottenstein 1990-2011 Grandchildren's Trust #2A.

s.      The Jerome Schottenstein 1990-2011 Grandchildren's Trust #3A.

t.      The Jerome-Saul Schottenstein 1984-2014 Trust #1A.

u.      The Jerome-Saul Schottenstein 1984-2014 Trust #2A.

v.      The Jerome-Saul Schottenstein 1984-2014 Trust #3A.

w.      Schottenstein Professional Asset Management Corporation.

x.      Fifth & Yearling LLC.

y.      Members of Fifth & Yearling LLC.

    i.      Jerome Schottenstein 2003-2011 Subchapter S Trust #1.

       ii.      Jerome Schottenstein 2003-2011 Subchapter S Trust #2.

       iii.     Jerome Schottenstein 2003-2011 Subchapter S Trust #3.

       iv.     Jay L. Schottenstein Descendants Trust-2009-2011.

z.     Jerome Schottenstein 2003-2011 Subchapter S Trust #1.

aa.    Jerome Schottenstein 2003-2011 Subchapter S Trust #2.

bb.    Jerome Schottenstein 2003-2011 Subchapter S Trust #3.

7.    Defendant Schottenstein Property Group, Inc.

8.    Counsel for Defendants, Gary D. Eisenstat and John M. Barcus, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 8117 Preston Road, Suite 500, Dallas, TX 75225.

9.    Counsel for Defendants, Christopher J. Hogan, Zeiger, Tigges & Little LLP, 41 S. High Street, Suite 3500, Columbus, OH  43215.

Dated this 13th day of May, 2022.

Respectfully submitted,

*/s/ Gary D. Eisenstat*
Gary D. Eisenstat
Texas State Bar No. 06503200
gary.eisenstat@ogletree.com
John M. Barcus
Texas State Bar No. 24036185
john.barcus@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8117 Preston Road, Suite 500
Dallas, TX  75225
(214) 987-3800 (phone)
(214) 987-3927 (fax)

And

Marion Little
Christopher J. Hogan
*Application for Admission Pro Hac Vice forthcoming*
hogan@litohio.com
Zeiger, Tigges & Little LLP
41 S. High Street, Suite 3500
Columbus, OH  43215
(614) 324-5078 (phone)
(614) 365-7900 (fax)

*Attorneys for Defendants*
*Crossings at Hobart-I, LLC and Schottenstein*
*Property Group, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was filed with the Court's electronic filing system this 13th day of May, 2022, which will provide notice of the same to all counsel of record.

/s/ *Gary D. Eisenstat*
Gary D. Eisenstat