# EXHIBIT C

Plaintiff's Original Petition - Page 103

Copy from re:SearchTX

The Crossings at Hobart I LLC
4300 East 5th Avenue
Columbus, OH 43219

February 22, 2022

McDonald's USA LLC
Attn: McDonald's L/C# 013-1136
110 N Carpenter St.
Chicago, IL 60607

Re:     Request for Waiver of Exclusive Use Provision / Chipotle Mexican Grill
Ground Lease Agreement dated **July 11, 1994** (the "**Lease**") between **The Crossings at Hobart I LLC**, a Delaware limited liability company's predecessors-in-interest (the "**Landlord**") and McDonald's USA, LLC's predecessor-in-interest (the "**Tenant**") for premises located at **1939 E. 80th Avenue, Hobart, IN 46342** (the "**Premises**") within that certain shopping center, Crossings at Hobart (the "**Shopping Center**")

Dear Sir/Madam:

This letter will serve as written request by Landlord of a waiver of the exclusive use provision provided in the Lease. All capitalized terms herein shall have the meanings ascribed to them in the Lease, unless otherwise specified herein.

Landlord intends to lease approximately 2,325 square feet of floor area (the "**Chipotle Premises**") located within the Shopping Center to Chipotle Mexican Grill, Inc., a Delaware corporation ("**Chipotle**"). For reference, the Chipotle Premises are depicted on the site plan attached hereto as Exhibit A.

As Tenant is aware, pursuant to the Lease, Tenant has an exclusive right within the Shopping Center to sell "rotisserie chicken and other prepared chicken and chicken products for on and off premises consumption" (the "**Exclusive Use**").

Tenant hereby acknowledges that Chipotle sells chicken items as predominant menu items, including without limitation, chicken burritos, wraps, tacos, and quesadillas ("**Chicken Items**"). Therefore, Landlord is requesting Tenant's consent to an exception of the Exclusive Use (as further described under the Lease) by allowing the prospective tenant, Chipotle, occupying the Premises located on Exhibit A, at the Shopping Center to sell Chicken Items. Upon execution of this waiver, Tenant hereby consents to tenant Chipotle's sale of Chicken Items.

Tenant's agreement and acceptance of this letter by Tenant's signature below will act as Tenant's acknowledgement that such use of the Chipotle Premises shall not be deemed a violation of Tenant's Exclusive Use under the Lease. The consent given hereunder shall be binding upon and inure to the benefit of Landlord, Tenant, and Chipotle and their respective successors and assigns.

Should you have any questions or concerns please contact Mark Ungar at 614-449-4414 or mark.ungar@spgroup.com.

Sincerely:

{06J7AS41/1:}

Copy from re:SearchTX

February 22, 2022

The Crossings at Hobart I LLC

AGREED TO AND ACCEPTED this
_____ day of _____, 2022.

**McDonald's USA, LLC**, a
_____

By: _____
Name: _____
Its: _____

{06124521 / 1}

Plaintiff's Original Petition - Page 105

Copy from re:SearchTX

Exhibit A



Copy from re:SearchTX