# EXHIBIT D

Plaintiff's Original Petition - Page 107

Copy from re:SearchTX



Michael Van Poucke, Senior Counsel
McDonald's Corporation
110 North Carpenter Street
Chicago, Illinois 60607
Direct: (630) 623-3065
E-mail: michael.vanpoucke@us.mcd.com

Via Federal Express

March 11, 2022

Schottenstein Realty LLC
dba Crossings at Hobart-I LLC
c/o Schottenstein Property Group
4300 East Fifth Avenue
Columbus, OH 43219
Attn: Mark Ungar

RE: 1939 E 80th Ave, Hobart IN
L/C 013-1136, File #43878

Dear Mr. Ungar:

We are in receipt of your letter dated February 22, 2022, requesting the waiver of the exclusive use provision of the Ground Lease to allow for a Chipotle Mexican Grill to be located within the Shopping Center. McDonald's respectfully *declines* the request as we wish to retain the exclusive right to sell rotisserie chicken and other prepared chicken and chicken products for on and off premises consumption as set forth in Section 5 of the Ground Lease Shopping Center Addendum.

Additionally, you have acknowledged that Landlord is currently leasing (or intends to lease) a location within the Shopping Center for a future proposed Raising Cane's Chicken Fingers. This would clearly violate the terms of the exclusive use provision. McDonald's demands that you *immediately cease* any such proposal to sell chicken in the Shopping Center in violation of the Lease to prevent a default under the Lease.

McDonald's specifically negotiated this provision and continues to rely on exclusive use provision in the Lease as it conducts its restaurant operations at this site. McDonald's reserves any and all rights and remedies it has under the Lease at law and in equity.

We hope that the issues referenced above will be resolved in an amicable fashion. If you wish to discuss this further, please contact me or Mary Meyer (Mary.meyer@us.mcd.com, 630-926-6537).

Sincerely,

Michael Van Poucke
Senior Counsel

cc: Mary Meyer, Real Estate Lead (via email)
Mary Anderson, Real Estate Portfolio Manager (via email)

Document #25/02019