UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 4:22-cv-414

Name of party requesting extension: Def's Crossings at Hobart-I, LLC, et al.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 4/21/22

Number of days requested:   ☐ 30 days
☐ 15 days
☑ Other  7   days

New Deadline Date: 5/27/22     *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: John M. Barcus
State Bar No.: 24036185
Firm Name: Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Address: 8117 Preston Road, Suite 500
Dallas, Texas 75225

Phone: 214-987-3800
Fax:  214-987-3927
Email: john.barcus@ogletree.com

A certificate of conference does not need to be filed with this unopposed application.