IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RAISING CANE'S RESTAURANTS, L.L.C., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 4:22-cv-414 |
| CROSSINGS AT HOBART-I, LLC, and SCHOTTENSTEIN PROPERTY GROUP, INC. | § § § § § | |
| Defendants. | § § | |

**JOINT MOTION TO REMAND**

Plaintiff Raising Cane's Restaurants, L.L.C. ("Plaintiff") and Defendants Crossings At Hobart-I, LLC and Schottenstein Property Group, Inc. ("Defendants") file this Joint Motion to Remand ("Motion") and state:

1. Plaintiff initiated this proceeding by filing suit against Defendants in state court on April 19, 2022, in an action styled *Raising Cane's Restaurants, L.L.C. v. Crossings at Hobart-I, LLC and Schottenstein Property Group, Inc.*, Cause No. 471-01902-2022, in the 471st District Court, Collin County, Texas (the "State Court Action") [doc. 1-1 at PageID 13.]

2. On May 13, 2022, Defendants filed their Notice of Removal [doc. 1]. They did so for the reasons set forth in their Notice of Removal.

3. Following removal, Plaintiff provided information, including certain non-public information, to Defendants reflecting that complete diversity does not exist over this case.

4. As a result, the Parties agree that remand of this case is appropriate, and they respectfully request that the Court grant this Motion and enter an order remanding this action to

the state district court from whence it was removed. A proposed order has been submitted contemporaneously herewith.

Respectfully submitted,

<div style="display: flex;">

*/s/ Rafe A. Schaefer*
Rafe A. Schaefer
Texas State Bar No. 24077700
Rafe.schaefer@nortonrosefulbright.com
Kate Ergenbright
Texas State Bar No. 24097660
Kate.ergenbright@nortonrosefulbright.com
Timothy Shinn
Texas State Bar No. 24125409
Timothy.shinn@nortonrosefulbright.com
Norton Rose Fulbright US LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
(713) 651-5151 (phone)
(713) 651-5246 (fax)

**ATTORNEYS FOR PLAINTIFF RAISING CANE'S RESTAURANTS, L.L.C.**

*/s/ John M. Barcus*
Gary D. Eisenstat
Texas State Bar No. 06503200
gary.eisenstat@ogletree.com
John M. Barcus
Texas State Bar No. 24036185
john.barcus@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8117 Preston Road, Suite 500
Dallas, TX 75225
(214) 987-3800 (phone)
(214) 987-3927 (fax)

And

Christopher J. Hogan
*Pro Hac Vice forthcoming*
hogan@litohio.com
Zeiger, Tigges & Little LLP
41 S. High Street, Suite 3500
Columbus, OH 43215
(614) 324-5078 (phone)
(614) 365-7900 (fax)

**ATTORNEYS FOR DEFENDANTS CROSSINGS AT HOBART-I, LLC AND SCHOTTENSTEIN PROPERTY GROUP, INC.**

</div>

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a copy of the foregoing was filed with the Court's electronic filing system this 20th day of May, 2022, which will provide notice of the same to all counsel of record.

               /s/ *John M. Barcus*
               John M. Barcus