# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **RAISING CANE'S RESTAURANTS, L.L.C.,** § <br> § <br> **Plaintiff,** § <br> § <br> vs. § <br> § <br> **CROSSINGS AT HOBART-I, LLC, and** § <br> **SCHOTTENSTEIN PROPERTY GROUP,** § <br> **INC.** § <br> § <br> **Defendants.** § | Civil Action No. 4:22-cv-414 |

## AGREED ORDER OF REMAND

The Court has considered the Joint Motion of Remand [Doc. 5] filed by Plaintiff and Defendants and is otherwise fully advised. The Court finds that for each of the reasons set forth therein, the Motion is well taken and should be and hereby is GRANTED. It is therefore

ORDERED that this action is REMANDED to the 471st District Court of Collin County, Texas. The Clerk of Court shall deliver a copy of this Order to the Clerk of the 471st District Court of Collin County, Texas. It is further

ORDERED that no costs or expenses, including attorney fees, shall be awarded pursuant to 28 U.S.C. § 1447(c).

AGREED:

| | |
|---|---|
| */s/* <br> Rafe A. Schaefer <br> Texas State Bar No. 24077700 <br> Rafe.schaefer@nortonrosefulbright.com <br> Kate Ergenbright <br> Texas State Bar No. 24097660 <br> Kate.ergenbright@nortonrosefulbright.com <br> Timothy Shinn <br> Texas State Bar No. 24125409 <br> Timothy.shinn@nortonrosefulbright.com <br> Norton Rose Fulbright US LLP <br> Fulbright Tower <br> 1301 McKinney, Suite 5100 <br> Houston, TX  77010-3095 <br> (713) 651-5151 (phone) <br> (713) 651-5246 (fax) <br><br> **ATTORNEYS FOR PLAINTIFF RAISING CANE'S RESTAURANTS, L.L.C.** | */s/ John M. Barcus* <br> Gary D. Eisenstat <br> Texas State Bar No. 06503200 <br> gary.eisenstat@ogletree.com <br> John M. Barcus <br> Texas State Bar No. 24036185 <br> john.barcus@ogletree.com <br> Ogletree, Deakins, Nash, Smoak & Stewart, P.C. <br> 8117 Preston Road, Suite 500 <br> Dallas, TX  75225 <br> (214) 987-3800 (phone) <br> (214) 987-3927 (fax) <br><br> And <br><br> Marion Little <br> Christopher J. Hogan <br> Application for Admission Pro Hac Vice forthcoming <br> hogan@litohio.com <br> Zeiger, Tigges & Little LLP <br> 41 S. High Street, Suite 3500 <br> Columbus, OH  43215 <br> (614) 324-5078 (phone) <br> (614) 365-7900 (fax) <br><br> **ATTORNEYS FOR DEFENDANTS CROSSINGS AT HOBART-I, LLC AND SCHOTTENSTEIN PROPERTY GROUP, INC.** |